UST-31, 7-91

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLENNON, PAUL D | ) | Case No. 09-21456TUC JMM |
| GLENNON, AMY H | ) | |
| aka GLENNON JR., PAUL D. | ) | PETITION TO PAY |
| aka HANNON, AMY | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared,

and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but

shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | $ .45 |
| 8 | Recovery Management Systems Corp.<br>25 SE 2nd Ave, Ste. 1120<br>Miami, FL 33131 | .81 |
| 11 | Recovery Management Systems Corp.<br>25 SE 2nd Ave, Ste. 1120<br>Miami, FL 33131 | 3.11 |
| | TOTAL = | $ 4.37 |

| | |
|---|---|
| February 7, 2011 | /s/ Gayle E. Mills |
| Date | Gayle E. Mills, Trustee |